IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:06-CR-136-D
No. 5:08-CV-425-D

| | | |
|---|---|---|
| KEVIN L. GEDDINGS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

Jonathan Edelstein has submitted a notice of appearance on behalf of Kevin L. Geddings. Geddings (through counsel) may submit a memorandum of law addressing issues raised in this court's order of June 24, 2010. Counsel must file the memorandum using the CM/ECF system and must identify local counsel in accordance with this court's local rules. See Local Civil Rule 83.1(d), EDNC. The memorandum also may address pertinent issues not specified in the order. The memorandum is due on June 29, 2010. After the court reviews the memoranda received on June 29, 2010, the court will decide whether responses are needed and when any such responses are due.

SO ORDERED. This 28 day of June 2010.

JAMES C. DEVER III
United States District Judge